Wednesday, October 8, 2014

Misc. No. 15–8002/NA.   U.S. v. Joshua D. Williams.   CCA 200301656.   Notice is hereby given that a writ-appeal petition for review of the United States Navy–Marine Corps Court of Criminal Appeals decision was filed by mail under Rule 27(b) on September 12, 2014, and placed on the docket this date.   On consideration thereof, it is ordered that said writ-appeal petition is hereby denied.

No. 15–0035/AR.   U.S. v. Cory R. Land.   CCA 20120577.   Appellant's motion to extend time to file the supplement to the petition for grant of review granted, *but only up to and including October 21, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

Thursday, October 9, 2014

No. 13–7001/AR.   U.S. v. Hasan K. Akbar.   CCA 20050514. Appellant's motion to submit waiver out of time granted.